# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 17, 2009

Marilyn Kelly,
Chief Justice

139190 & (32)(33)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

THOMAS WELGOSH and MARIE ANNE
WELGOSH,
  Plaintiffs-Appellants,

v

           SC: 139190
           COA: 290196
           Oakland CC: 2002-042140-CH
TRI-MOUNT CUSTOM HOMES, INC. and
MARK DEMBS,
  Defendants-Appellees.

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the May 22, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court. The motion for stay of arbitration proceedings is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 17, 2009

0714

_____
Clerk